

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00045-CV

COX VENTURES, INC. D/B/A MEDIA INK, Appellant

V.

KNG, L.L.C. D/B/A TEXAS DIRECT BINDERY & LETTERPRESS, Appellee

Appeal from the County Civil Court at Law No. 1 of Harris County.   (Tr. Ct. No. 1,002,161).

This case is an appeal from the final judgment signed by the trial court on August 30, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Cox Ventures, Inc. d/b/a Media Ink, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 30, 2014.

Panel consists of Justices Jennings, Sharp, and Massengale.   Opinion delivered by Justice Sharp.